IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS P. WILLIAMS, SR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-1090 |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE INSURANCE a/k/a | : | |
| Nationwide Mutual Insurance Company, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW** on this 24th day of March, 2023, after considering (1) the amended complaint filed by the plaintiff, Thomas P. Williams, Sr. ("Williams") (Doc. No. 25); (2) the answer and affirmative defenses to the amended complaint filed by the defendant, Nationwide Insurance a/k/a Nationwide Mutual Insurance Company ("Nationwide") (Doc. No. 27); (3) Williams' response to Nationwide's affirmative defenses (Doc. No. 29); (4) the parties' stipulation of facts for the court's consideration in resolving motions for summary judgement (Doc. No. 26); (5) Nationwide's motion for summary judgment (Doc. No. 30); (6) Williams' cross-motion for summary judgment (Doc. No. 31); (7) Nationwide's response in opposition to Williams' cross-motion for summary judgment (Doc. No. 32); (8) Williams' response in opposition to Nationwide's motion for summary judgment (Doc. No. 33); and (9) the arguments from counsel during oral argument on the motion for summary judgment on December 13, 2022; and, for the reasons stated in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Nationwide's motion for summary judgment (Doc. No. 30) is **GRANTED**;

2. Williams' motion for summary judgment (Doc. No. 31) is **DENIED**;

3.       Judgment is **ENTERED** in favor of Nationwide and against Williams on the sole cause of action in the amended complaint; and

4.       The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.